**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: In Re: Voyager Digital Holdings, Inc.  Docket No.: 23-467

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Peter Aronoff

Firm: United States Attorney's Office, Southern District of New York

Address: 86 Chambers St, 3rd Floor, New York, NY 10007

Telephone: (212) 637-2697   Fax: (212) 637-2717

E-mail: peter.aronoff@usdoj.gov

Appearance for: United States of America, U.S. Trustee for Region 2 (appellees)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Benjamin H. Torrance, USAO-SDNY )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 1, 2019   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Peter Aronoff

Type or Print Name: Peter Aronoff