## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** In re Voyager Digital Holdings, Inc.     **Docket No.:** 23-467

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Jean-David Barnea

**Firm:** U.S. Attorney's Office, Southern District of New York

**Address:** 86 Chambers Street, 3rd Floor, New York, NY 10007

**Telephone:** 212-637-2679     **Fax:** 212-637-2686

**E-mail:** jean-david.barnea@usdoj.gov

**Appearance for:** United States of America, U.S. Trustee for Region 2 (appellees)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Benjamin H. Torrance/U.S. Attorney's Office, S.D.N.Y. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on September 9, 2021     OR

☐ I applied for admission on _____ .

**Signature of Counsel:** s/Jean-David Barnea

**Type or Print Name:** Jean-David Barnea