# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **In Re: Voyager Digital Holdings, Inc.** Docket No.: **23-467, 23-469**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Beth A. Levene**

Firm: **U.S. Dept. of Justice, Executive Office for United States Trustees**

Address: **441 G St., N.W., Suite 6150**

Telephone: **202-514-0011** Fax: **(202) 307-2397**

E-mail: **beth.a.levene@usdoj.gov**

Appearance for: **United States Trustee William K. Harrington, Appellee**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Benjamin H. Torrance, Assistant U.S. Attorney S.D.N.Y** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Beth A. Levene**

Type or Print Name: **Beth A. Levene**