## CA02db Intake

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Monday, April 3, 2023 9:46 AM |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 1:23-cv-02171-JHR in Re: Voyager Digital Holdings, Inc Supplemental ROA Sent to USCA - Electronic File |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 4/3/2023 at 9:46 AM EDT and filed on 4/3/2023
**Case Name:** in Re: Voyager Digital Holdings, Inc
**Case Number:** [1:23-cv-02171-JHR](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for [56] Amended Notice of Appeal filed by Voyager Digital Holdings, Inc. were transmitted to the U.S. Court of Appeals. (tp)**


**1:23-cv-02171-JHR Notice has been electronically mailed to:**

Lawrence Heath Fogelman     Lawrence.Fogelman@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Richard Charles Morrissey     richard.morrissey@usdoj.gov

Linda A. Riffkin     linda.riffkin@usdoj.gov

Jean-David Barnea     jean-david.barnea@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Michael Brian Slade     mslade@kirkland.com

Christine Ada Okike     christine.okike@kirkland.com

Darren Todd Azman     dazman@mwe.com, cgreer@mwe.com, dnorthrop@mwe.com, mco@mwe.com

Peter Max Aronoff     peter.aronoff@usdoj.gov, USANYS.ECF@USDOJ.GOV

Joseph B. Evans     jbevans@mwe.com, eric-dellon-5513@ecf.pacerpro.com, mco@mwe.com

Joshua Sussberg     joshua.sussberg@kirkland.com, benjamin.rhode@kirkland.com, bfriedman@kirkland.com

Lamina E Bowen     lamina.bowen@kirkland.com, kenymanagingclerk@kirkland.com, lamina--bowen-6901@ecf.pacerpro.com

Richard U.S. Howell     rhowell@kirkland.com, kenymanagingclerk@kirkland.com

Beth Ann Levene     beth.a.levene@usdoj.gov

Allyson Smith     allyson.smith@kirkland.com

**1:23-cv-02171-JHR Notice has been delivered by other means to:**

Christopher Marcus
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022

APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:23−cv−02171−JHR

| | |
|---|---|
| in Re: Voyager Digital Holdings, Inc<br>Assigned to: Judge Jennifer H. Rearden<br>Case in other court: USBC−SDNY, 22−B−10943 (MEW)<br>Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA | Date Filed: 03/14/2023<br>Jury Demand: None<br>Nature of Suit: 422 Bankruptcy Appeal (801)<br>Jurisdiction: Federal Question |

**In Re**

**Voyager Digital Holdings, Inc.**

**Debtor**

| | | |
|---|---|---|
| **Voyager Digital Holdings, Inc.** | represented by | **Lamina E Bowen**<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>212−390−4122<br>Email: lamina.bowen@kirkland.com<br>*ATTORNEY TO BE NOTICED* |

**Appellant**

| | | |
|---|---|---|
| **United States of America** | represented by | **Jean−David Barnea**<br>U.S. Attorney's Office, SDNY (Chambers Street)<br>86 Chambers Street<br>New York, NY 10007<br>(212) 637−2679<br>Fax: (212) 637−2717<br>Email: jean−david.barnea@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Lawrence Heath Fogelman**<br>U.S. Attorney's Office, SDNY (86 Chambers St.)<br>86 Chambers Street<br>New York, NY 10007<br>212−637−2719<br>Fax: 212−637−2730<br>Email: Lawrence.Fogelman@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter Max Aronoff**<br>United States Attorney's Office for the SDNY<br>86 Chambers Street<br>New York, NY 10007<br>212−637−2697<br>Fax: 212−637−2686<br>Email: peter.aronoff@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Appellant**

| | | |
|---|---|---|
| **United States Trustee for Region 2** | represented by | **Beth Ann Levene**<br>DOJ−Ust<br>441 G Street, N.W. |

Suite 6150
Washington, DC 20530
202–514–0011
Email: beth.a.levene@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda A. Riffkin**
DOJ–Ust
201 Varick St, Room 1006
New York, NY 10014
212–510–0500
Email: linda.riffkin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Max Aronoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Charles Morrissey**
U.S. Dept. of Justice –– Office of The U.S. Trustee
33 Whitehall St., 21st Floor
New York, NY 10004
(212) 510–0500
Fax: (212) 668–2255
Email: richard.morrissey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

| | | |
|---|---|---|
| **Voyager Digital Holdings, Inc.** | represented by | **Christine Ada Okike**<br>Kirkland & Ellis LLP (NYC)<br>601 Lexington Avenue<br>New York, NY 10022<br>212–446–4725<br>Email: christine.okike@kirkland.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher Marcus**<br>Kirkland & Ellis LLP (NYC)<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446–4800<br>Fax: (212) 446–4900<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joshua Sussberg**<br>Kirkland & Ellis LLP (NYC)<br>601 Lexington Avenue<br>New York, NY 10022<br>212 446 4800<br>Fax: 212 446 4900<br>Email: joshua.sussberg@kirkland.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Allyson Smith** |

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212–446–4800
Email: allyson.smith@kirkland.com
*ATTORNEY TO BE NOTICED*

**Michael Brian Slade**
Kirkland & Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312)–862–3348
Fax: (312)–862–2200
Email: mslade@kirkland.com
*ATTORNEY TO BE NOTICED*

**Richard U.S. Howell**
Kirkland & Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312)–862–7092
Fax: (312)–862–2200
Email: rhowell@kirkland.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc.** represented by **Darren Todd Azman**
McDermott Will & Emery
One Vanderbilt Avenue
New York, NY 10017
212–547–5615
Fax: 212–547–5444
Email: dazman@mwe.com
*ATTORNEY TO BE NOTICED*

**Joseph B. Evans**
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017–5404
212–547–5767
Email: jbevans@mwe.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2023 | 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Michael E. Wiles dated March 8, 2023. Bankruptcy Court Case Numbers: 22–B–10943 (MEW). Certified copies of file received.Document filed by United States of America, United States Trustee for Region 2. (Attachments: # 1 Exhibit A – Bankruptcy Decision).(bkar) (Entered: 03/14/2023) |
| 03/14/2023 | 2 | CIVIL COVER SHEET filed..(bkar) (Entered: 03/14/2023) |
| 03/14/2023 |  | Magistrate Judge James L. Cott is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (bkar) (Entered: 03/14/2023) |
| 03/14/2023 |  | Case Designated ECF. (bkar) (Entered: 03/14/2023) |
| 03/17/2023 | 3 | MOTION to Stay *Emergency Motion for a Stay Pending Appeal*. Document filed by United States of America..(Fogelman, Lawrence) (Entered: 03/17/2023) |

| | | |
|---|---|---|
| 03/17/2023 | 4 | MEMORANDUM OF LAW in Support re: 3 MOTION to Stay *Emergency Motion for a Stay Pending Appeal*. . Document filed by United States of America..(Fogelman, Lawrence) (Entered: 03/17/2023) |
| 03/17/2023 | 5 | DECLARATION of Lawrence H. Fogelman in Support re: 3 MOTION to Stay *Emergency Motion for a Stay Pending Appeal*.. Document filed by United States of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Fogelman, Lawrence) (Entered: 03/17/2023) |
| 03/17/2023 | 6 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Jennifer H. Rearden from Lawrence H. Fogelman dated March 17, 2023. Document filed by United States of America..(Fogelman, Lawrence) (Entered: 03/17/2023) |
| 03/17/2023 | 7 | MOTION to Expedite *Motion for an Order Shortening Notice and Scheduling a Hearing*. Document filed by United States of America..(Fogelman, Lawrence) (Entered: 03/17/2023) |
| 03/19/2023 | 8 | ORDER: The Court is in receipt of Appellants' emergency motion for a stay. ECF No. 3. A conference is hereby scheduled in this matter for March 19, 2023 at 9:00PM. The conference may be accessed by dialing 646–453–4442 and entering Conference ID: 389 535 754#.SO ORDERED. (Signed by Judge Jennifer H. Rearden on 3/19/23) (laq) (Entered: 03/19/2023) |
| 03/19/2023 | | Set/Reset Hearings: Telephone Conference set for 3/19/2023 at 9:00 PM before Judge Jennifer H. Rearden. (laq) (Entered: 03/19/2023) |
| 03/19/2023 | | Minute Entry for proceedings held before Judge Jennifer H. Rearden: Telephone Conference held on 3/19/2023. (Court Reporter Sadie Herbert) (kwi) Modified on 3/20/2023 (kwi). (Entered: 03/20/2023) |
| 03/20/2023 | 9 | NOTICE OF APPEARANCE by Lamina E Bowen on behalf of Voyager Digital Holdings, Inc...(Bowen, Lamina) (Entered: 03/20/2023) |
| 03/20/2023 | 10 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Voyager Digital Ltd., Other Affiliate Voyager Digital, LLC for Voyager Digital Holdings, Inc.. Document filed by Voyager Digital Holdings, Inc...(Bowen, Lamina) (Entered: 03/20/2023) |
| 03/20/2023 | 11 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Jennifer H. Rearden from Lamina Bowen dated March 20, 2023. Document filed by Voyager Digital Holdings, Inc...(Bowen, Lamina) (Entered: 03/20/2023) |
| 03/20/2023 | 12 | DECLARATION of Lamina Bowen in Opposition re: 3 MOTION to Stay *Emergency Motion for a Stay Pending Appeal*.. Document filed by Voyager Digital Holdings, Inc.. (Attachments: # 1 Exhibit 1 – Second Amended Disclosure Statement, # 2 Exhibit 2 – Third Amended Joint Plan of Voyager Digital, # 3 Exhibit 3 – Declaration of Leticia Sanchez, # 4 Exhibit 4 – Declaration of Timothy R. Pohl, # 5 Exhibit 5 – Declaration of Brian Tichenor, # 6 Exhibit 6 – Declaration of Mark A. Renzi, # 7 Exhibit 7 – Amended Declaration of Leticia Sanchez, # 8 Exhibit 8 – Transcript from the confirmation hearing held on March 2, 2023, # 9 Exhibit 9 – Transcript from the confirmation hearing held on March 6, 2023, # 10 Exhibit 10 – Corrected and Amended Order, # 11 Exhibit 11 – Bankruptcy Courts Decision).(Bowen, Lamina) (Entered: 03/20/2023) |
| 03/20/2023 | 13 | MEMORANDUM OF LAW in Opposition re: 3 MOTION to Stay *Emergency Motion for a Stay Pending Appeal*. *Debtors' Memorandum of Law in Opposition to the Government's Motion to Stay*. Document filed by Voyager Digital Holdings, Inc...(Bowen, Lamina) (Entered: 03/20/2023) |
| 03/20/2023 | 14 | MOTION to Intervene *The Official Committee of Unsecured Creditors' Motion for Leave to Intervene in Appeal*. Document filed by Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc.. (Attachments: # 1 Exhibit A).(Azman, Darren) (Entered: 03/20/2023) |
| 03/20/2023 | 15 | MEMORANDUM OF LAW in Support re: 14 MOTION to Intervene *The Official Committee of Unsecured Creditors' Motion for Leave to Intervene in Appeal*. *The Official Committee of Unsecured Creditors' Memorandum in Support of Its Motion for Leave to Intervene in Appeal*. Document filed by Official Committee of Unsecured |

| | | |
|---|---|---|
| | | Creditors of Voyager Digital Holdings, Inc...(Azman, Darren) (Entered: 03/20/2023) |
| 03/20/2023 | 16 | RESPONSE in Opposition to Motion re: 3 MOTION to Stay *Emergency Motion for a Stay Pending Appeal*. *Opposition of the Official Committee of Unsecured Creditors to the Government's Motion to Stay Pending Appeal*. Document filed by Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc...(Azman, Darren) (Entered: 03/20/2023) |
| 03/20/2023 | 17 | DECLARATION of Joseph B. Evans in Opposition re: 3 MOTION to Stay *Emergency Motion for a Stay Pending Appeal*.. Document filed by Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Azman, Darren) (Entered: 03/20/2023) |
| 03/20/2023 | 18 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Jennifer H. Rearden from Joseph B. Evans dated March 20, 2023. Document filed by Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc...(Azman, Darren) (Entered: 03/20/2023) |
| 03/20/2023 | 19 | MEMORANDUM OF LAW in Opposition re: 3 MOTION to Stay *Emergency Motion for a Stay Pending Appeal*. *Debtors' CORRECTED Memorandum of Law in Opposition to the Government's Motion to Stay*. Document filed by Voyager Digital Holdings, Inc...(Bowen, Lamina) (Entered: 03/20/2023) |
| 03/20/2023 | 20 | ORDER granting 6 Letter Motion for Leave to File Excess Pages. Application GRANTED. The Clerk of Court is directed to terminate ECF No. 6. SO ORDERED. (Signed by Judge Jennifer H. Rearden on 3/20/2023) (tg) (Entered: 03/20/2023) |
| 03/20/2023 | 21 | ORDER granting 11 Letter Motion for Leave to File Excess Pages. Application GRANTED. The Clerk of Court is directed to terminate ECF No. 11. SO ORDERED. (Signed by Judge Jennifer H. Rearden on 3/20/2023) (tg) (Entered: 03/20/2023) |
| 03/20/2023 | 22 | ORDER granting 18 Letter Motion for Leave to File Excess Pages. Application GRANTED. The Clerk of Court is directed to terminate ECF No. 18. SO ORDERED. (Signed by Judge Jennifer H. Rearden on 3/20/2023) (tg) (Entered: 03/20/2023) |
| 03/20/2023 | 23 | ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR LEAVE TO INTERVENE IN APPEAL granting 14 Motion to Intervene. Upon consideration of the Committee's Motion and Memorandum for entry of an order (this "Order") pursuant to Rule 24 of the Federal Rules of Civil Procedure, as made applicable to this proceeding by Rule 8013(g) of the Federal Rules of Bankruptcy Procedure, and the arguments contained therein, it is HEREBY ORDERED THAT the Motion is GRANTED as set forth herein and the Committee is authorized to intervene in this Appeal. (Signed by Judge Jennifer H. Rearden on 3/20/2023) (tg) (Entered: 03/20/2023) |
| 03/20/2023 | 24 | MOTION for Michael B. Slade to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27493673. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Voyager Digital Holdings, Inc.. (Attachments: # 1 Supplement Declaration in Support, # 2 Exhibit IL Certificate of Good Standing, # 3 Exhibit TX Certificate of Good Standing, # 4 Text of Proposed Order Proposed Order).(Slade, Michael) (Entered: 03/20/2023) |
| 03/20/2023 | 25 | MOTION for Richard U.S. Howell, P.C. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27493725. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Voyager Digital Holdings, Inc.. (Attachments: # 1 Supplement Declaration in Support, # 2 Exhibit IL Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(Howell, Richard) (Entered: 03/20/2023) |
| 03/20/2023 | 26 | PROPOSED STIPULATION AND ORDER. Document filed by Voyager Digital Holdings, Inc...(Sussberg, Joshua) (Entered: 03/20/2023) |
| 03/21/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 25 MOTION for Richard U.S. Howell, P.C. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27493725. Motion and supporting papers to be reviewed by Clerk's Office staff., 24 MOTION for Michael B. Slade to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27493673. Motion and supporting papers to be reviewed by Clerk's Office staff.. The** |

| | | |
|---|---|---|
| | | **document has been reviewed and there are no deficiencies. (aea)** (Entered: 03/21/2023) |
| 03/21/2023 | 27 | MOTION for Allyson B. Smith to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27495492. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Voyager Digital Holdings, Inc.. (Attachments: # 1 Supplement Declaration in Support, # 2 Exhibit NY Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(Smith, Allyson) (Entered: 03/21/2023) |
| 03/21/2023 | 28 | JOINT STIPULATION AND AGREED ORDER BETWEEN THE DEBTORS AND THE GOVERNMENT: NOW, IT IS THEREFORE STIPULATED AND AGREED, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED EFFECTIVE AS OF THE EFFECTIVE DATE HEREOF AS FOLLOWS: 1. The date by which the stay of the Confirmation Order provided by the Bankruptcy Rules shall terminate as set forth in paragraph 124 of the Confirmation Order is hereby extended to March 24, 2023 at 3:00 p.m. (prevailing Eastern Time), and the Confirmation Order shall be effective and enforceable immediately thereafter if further stay is not granted. 2. The Debtors and the Committee shall file opposition briefs by March 20, 2023 at 10:00 a.m. (prevailing Eastern Time). 3. The Government agrees that the Committee can intervene whereby the Committee shall file a motion and the Government shall not oppose. 4. The Government may file a reply brief of no more than 10 pages by Tuesday, March 21, 2023 at 5:00 p.m. (Prevailing Eastern Time). 5. Oral argument on the Motion shall take place on March 23, 2023 at 2:30 p.m. (Prevailing Eastern Time). 6. This Stipulation may be signed in counterparts and signatures may be delivered by fax or email, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Each Party who executes this Stipulation on behalf of a Patty hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party. 7. This Stipulation constitutes the entire agreement between the Parties in respect of the subject matter hereof and shall not be modified, altered, amended, or vacated without the prior written consent of all Parties hereto. 8. Each Party agrees that this Stipulation shall not be used in any other proceeding for any purpose. IT IS SO ORDERED. (Replies due by 3/21/2023., Oral Argument set for 3/23/2023 at 02:30 PM before Judge Jennifer H. Rearden.) (Signed by Judge Jennifer H. Rearden on 3/21/2023) (kv) (Entered: 03/21/2023) |
| 03/21/2023 | 29 | REPLY MEMORANDUM OF LAW in Support re: 3 MOTION to Stay *Emergency Motion for a Stay Pending Appeal*. . Document filed by United States Trustee for Region 2, United States of America..(Aronoff, Peter) (Entered: 03/21/2023) |
| 03/21/2023 | 30 | ORDER: The Court will hold oral argument on Appellants' emergency motion for a stay (ECF No. 3) on March 23, 2023 at 2:30 p.m. ET. Argument will be conducted via Microsoft Teams. Appellants, Appellees, and the Intervenor will receive log–in credentials via email. The public listen–only line may be accessed by dialing 646–453–4442 and entering Conference ID: 294 706 676#. SO ORDERED. ( Oral Argument set for 3/23/2023 at 02:30 PM before Judge Jennifer H. Rearden.) (Signed by Judge Jennifer H. Rearden on 3/21/2023) (vfr) (Main Document 30 replaced on 3/22/2023) (kwi). Modified on 3/22/2023 (kwi). (Entered: 03/21/2023) |
| 03/21/2023 | 31 | NOTICE OF APPEARANCE by Darren Todd Azman on behalf of Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc...(Azman, Darren) (Entered: 03/21/2023) |
| 03/21/2023 | 32 | NOTICE OF APPEARANCE by Joseph B. Evans on behalf of Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc...(Evans, Joseph) (Entered: 03/21/2023) |
| 03/22/2023 | 33 | ORDER granting 24 Motion for Michael B. Slade to Appear Pro Hac Vice (HEREBY ORDERED by Judge Jennifer H. Rearden)(Text Only Order) (kwi) (Entered: 03/22/2023) |
| 03/22/2023 | 34 | ORDER granting 25 Motion for Richard U.S. Howell, P.C. to Appear Pro Hac Vice (HEREBY ORDERED by Judge Jennifer H. Rearden)(Text Only Order) (kwi) (Entered: 03/22/2023) |

| | | |
|---|---|---|
| 03/22/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 27 MOTION for Allyson B. Smith to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27495492. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 03/22/2023) |
| 03/22/2023 | 35 | ORDER granting 27 Motion for Allyson B. Smith to Appear Pro Hac Vice (HEREBY ORDERED by Judge Jennifer H. Rearden)(Text Only Order) (kwi) (Entered: 03/22/2023) |
| 03/22/2023 | 36 | NOTICE OF APPEARANCE by Beth Ann Levene on behalf of United States Trustee for Region 2..(Levene, Beth) (Entered: 03/22/2023) |
| 03/23/2023 | 37 | ORDER: A status conference is scheduled in this matter for March 23, 2023 at 9:00 p.m. ET. The conference will be held via Microsoft Teams. The parties will receive log−in credentials via email. The public listen−only line may be accessed by dialing 646−453−4442 and entering Conference ID: 696 059 764#. SO ORDERED. ( Telephone Conference set for 3/23/2023 at 09:00 PM before Judge Jennifer H. Rearden.) (Signed by Judge Jennifer H. Rearden on 3/23/2023) (tg) (Entered: 03/23/2023) |
| 03/23/2023 | 38 | LETTER addressed to Judge Jennifer H. Rearden from Lawrence H. Fogelman dated March 23, 2023 re: Request to Extend the Stay. Document filed by United States of America..(Fogelman, Lawrence) (Entered: 03/23/2023) |
| 03/23/2023 | 39 | PRE−CONFERENCE STATEMENT *response to the Governments request for an administrative stay*. Document filed by Voyager Digital Holdings, Inc...(Sussberg, Joshua) (Entered: 03/23/2023) |
| 03/23/2023 | 40 | LETTER addressed to Judge Jennifer H. Rearden from Joseph B. Evans dated March 23, 2023 re: The Government's Emergency Motion for a Stay Pending Appeal. Document filed by Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc...(Evans, Joseph) (Entered: 03/23/2023) |
| 03/23/2023 | | Minute Entry for proceedings held before Judge Jennifer H. Rearden: Oral Argument held on 3/23/2023 re: 30 Order Set Hearings. An Order will be filed by the Court. (Court Reporter Rebecca Forman) (kwi) (Entered: 03/24/2023) |
| 03/23/2023 | | Minute Entry for proceedings held before Judge Jennifer H. Rearden: Telephone Conference held on 3/23/2023. An Order will follow. (Court Reporter Raquel Robles) (kwi) Modified on 3/24/2023 (kwi). (Entered: 03/24/2023) |
| 03/24/2023 | 41 | MEMO ENDORSEMENT on re: 38 Letter filed by United States of America. ENDORSEMENT: The Government's application for an administrative stay until March 29, 2023 at 5:00 pm is GRANTED IN PART. On consideration of the parties' submissions (ECF Nos. 38, 39, and 40), and as discussed at the conference on March 23, 2023 at 9:00 pm ET, the Court hereby extends the stay from Friday, March 24, 2023 at 3:00 pm ET to Tuesday, March 28, 2023 at 5:00 pm ET. (Signed by Judge Jennifer H. Rearden on 3/24/2023) (tro) (Entered: 03/24/2023) |
| 03/27/2023 | 42 | LETTER addressed to Judge Jennifer H. Rearden from Lawrence H. Fogelman dated March 27, 2023 re: Stay of Confirmation Order. Document filed by United States of America..(Fogelman, Lawrence) (Entered: 03/27/2023) |
| 03/27/2023 | 43 | MEMO ENDORSEMENT on re: 42 Letter filed by United States of America. ENDORSEMENT: The Court intends to rule on the Government's motion by 3:30 pm ET today (March 27). (Signed by Judge Jennifer H. Rearden on 3/27/2023) (rro) (Entered: 03/27/2023) |
| 03/27/2023 | 44 | AMENDED NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Michael E. Wiles dated March 10, 2023, amending 1 Bankruptcy Appeal,.Document filed by United States of America, United States Trustee for Region 2. Related document: 1 Bankruptcy Appeal,. (Attachments: # 1 Exhibit A − Bankruptcy Order, # 2 Exhibit B − Bankruptcy Order).(bkar) (Entered: 03/27/2023) |
| 03/27/2023 | 45 | ORDER granting 3 Motion to Stay re: 3 MOTION to Stay *Emergency Motion for a Stay Pending Appeal*.. Upon consideration of all parties' written submissions, as well |

| | | |
|---|---|---|
| | | as the conferences and oral argument held in this matter, the Governments emergency motion is hereby GRANTED. An opinion setting forth the reasons for this ruling will issue shortly. The Clerk of Court is directed to terminate ECF No. 3. (Signed by Judge Jennifer H. Rearden on 3/27/2023) (tro) (Entered: 03/27/2023) |
| 03/27/2023 | | Case Stayed (tro) (Entered: 03/27/2023) |
| 03/28/2023 | 46 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 44 Amended Bankruptcy Appeal, 1 Bankruptcy Appeal,. Document filed by Appellants United States Trustee for Region 2, United States of America..(bkar) (Entered: 03/28/2023) |
| 03/28/2023 | 47 | LETTER addressed to Judge Jennifer H. Rearden from Richard U. S. Howell, P.C. dated 03/28/2023 re: The Court's March 27, 2023 Order on the Motion to Stay. Document filed by Voyager Digital Holdings, Inc...(Howell, Richard) (Entered: 03/28/2023) |
| 03/28/2023 | 48 | MEMO ENDORSEMENT on re: 47 Letter filed by Voyager Digital Holdings, Inc. ENDORSEMENT: The Court intends to issue its opinion on the Government's motion this week. (Signed by Judge Jennifer H. Rearden on 3/28/2023) (tg) (Entered: 03/28/2023) |
| 03/31/2023 | 49 | TRANSCRIPT of Proceedings re: CONFERENCE held on 3/19/2023 before Judge Jennifer H. Rearden. Court Reporter/Transcriber: Sadie Herbert, (212) 805–0310. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/21/2023. Redacted Transcript Deadline set for 5/1/2023. Release of Transcript Restriction set for 6/29/2023..(McGuirk, Kelly) (Entered: 03/31/2023) |
| 03/31/2023 | 50 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 3/19/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 03/31/2023) |
| 03/31/2023 | 51 | **\*\*\*STRICKEN DOCUMENT. The document was stricken from this case pursuant to 53 Opinion & Order.** OPINION AND ORDER: For the foregoing reasons, the Government's motion for a stay of the Confirmation Order pending appeal of the Confirmation Order is GRANTED. In order to minimize the delay in consummating the Plan in the event that the Confirmation Order is affirmed, however, the Court will expedite briefing and determination of the appeal. Absent submission on or before April 4, 2023 of a stipulation proposing a different schedule, the Government shall file its brief no later than April 7, 2023. The Debtors' and the Committee's brief is due April 14, 2023. The Government's reply brief, if any, shall be filed no later than April 18, 2023. SO ORDERED. (Signed by Judge Jennifer H. Rearden on 3/31/2023) (laq) Modified on 4/1/2023 (laq). (Entered: 04/01/2023) |
| 04/01/2023 | 52 | NOTICE OF INTERLOCUTORY APPEAL from 45 Order on Motion to Stay, 51 Memorandum & Opinion,,. Document filed by Voyager Digital Holdings, Inc.. Filing fee $ 505.00, receipt number ANYSDC–27550648. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Howell, Richard) (Entered: 04/01/2023) |
| 04/01/2023 | 53 | OPINION AND ORDER: For the foregoing reasons, the Governments motion for a stay of the Confirmation Order pending appeal of the Confirmation Order is GRANTED. In order to minimize delay in consummating the Plan in the event that the Confirmation Order is affirmed, however, the Court will expedite briefing and determination of the appeal. Absent submission on or before April 4, 2023 of a stipulation proposing a different schedule, the Government shall file its brief no later than April 7, 2023.The Debtors and the Committees brief9 is due April 14, 2023. The Governments reply brief, if any, shall be filed no later than April 18, 2023.The Clerk of Court is directed to strike ECF No. 51.SO ORDERED. (Signed by Judge Jennifer H. Rearden on 4/1/23) (laq) (Entered: 04/01/2023) |

| | | |
|---|---|---|
| 04/01/2023 | 54 | NOTICE OF INTERLOCUTORY APPEAL from 45 Order on Motion to Stay, 51 Memorandum & Opinion,,, 53 Memorandum & Opinion,,,. Document filed by Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc.. Filing fee $ 505.00. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Azman, Darren) (Entered: 04/01/2023) |
| 04/01/2023 | 55 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** NOTICE OF INTERLOCUTORY APPEAL from 45 Order on Motion to Stay, 53 Memorandum & Opinion,,,. Document filed by Voyager Digital Holdings, Inc.. Filing fee $ 505.00, receipt number ANYSDC–27550703. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Howell, Richard) Modified on 4/3/2023 (tp). (Entered: 04/01/2023) |
| 04/03/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 52 Notice of Interlocutory Appeal. (tp) (Entered: 04/03/2023) |
| 04/03/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 52 Notice of Interlocutory Appeal, filed by Voyager Digital Holdings, Inc. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 04/03/2023) |
| 04/03/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 54 Notice of Interlocutory Appeal. (tp) (Entered: 04/03/2023) |
| 04/03/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 54 Notice of Interlocutory Appeal, filed by Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 04/03/2023) |
| 04/03/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Richard Howell to RE–FILE Document No. 55 Notice of Interlocutory Appeal. The filing is deficient for the following reason(s): the wrong event type was used to file the appeal. Re–file the appeal using the event type Amended Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (tp)** (Entered: 04/03/2023) |
| 04/03/2023 | 56 | AMENDED NOTICE OF APPEAL re: 52 Notice of Interlocutory Appeal, 45 Order on Motion to Stay, 53 Memorandum & Opinion,,,. Document filed by Voyager Digital Holdings, Inc...(Howell, Richard) (Entered: 04/03/2023) |
| 04/03/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 56 Amended Notice of Appeal. (tp) (Entered: 04/03/2023) |
| 04/03/2023 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 56 Amended Notice of Appeal filed by Voyager Digital Holdings, Inc. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 04/03/2023) |