# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re: Voyager Digital Holdings, Inc.    Docket No.: 23-467

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: George W. Hicks, Jr.

Firm: Kirkland & Ellis LLP

Address: 1301 Pennsylvania Avenue, NW, Washington DC 20004

Telephone: 202-389-5000    Fax: 202-389-5200

E-mail: george.hicks@kirkland.com

Appearance for: Voyager Digital Holdings, Inc./ Debtor-Appellant
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Richard Howell/ Kirkland & Ellis LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 11/13/2019    OR

[ ] I applied for admission on _____ .

Signature of Counsel: s/ George W. Hicks, Jr.

Type or Print Name: George W. Hicks, Jr.