## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In re Voyager Digital Holdings, Inc.  Docket No.: 23-467

Lead Counsel of Record (name/firm) or Pro se Party (name): George W. Hicks, Jr., P.C.
Kirkland & Ellis LLP

Appearance for (party/designation): Debtor-Appellant Voyager Digital Holdings, Inc

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
Parties: _____
( ) Incorrect.  Please change the following parties' designations:
Party          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

### RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.  The short title, docket number, and citation are: _____

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: In re: Voyager Digital Holdings, Inc., No. 23-469

### CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 11/13/2019 OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: s/ George W. Hicks, Jr.
Type or Print Name: George W. Hicks, Jr.
      OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.