# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re: Voyager Digital Holdings, Inc.   Docket No.: 23-467, 23-469

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Paul W. Hughes

Firm: McDermott Will & Emery LLP

Address: 500 North Capitol St NW, Washington, DC 20001

Telephone: 202 756 8981    Fax: 202 591 2784

E-mail: phughes@mwe.com

Appearance for: Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Darren Azman, McDermott Will & Emery LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 5/25/2021    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Paul W. Hughes

Type or Print Name: Paul W. Hughes