## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: IN RE VOYAGER DIGITAL HOLDINGS, INC., Docket No.: 23-467

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Christine A. Okike

Firm: Kirkland & Ellis LLP

Address: 601 Lexington Avenue, New York, NY 10022

Telephone: 212-446-4725   Fax: 212-446-4900

E-mail: christine.okike@kirkland.com

Appearance for: Debtor-Appellant Voyager Digital Holdings, Inc
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: George W. Hicks, Kirkland & Ellis LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 5/18/2020   OR

☐ I applied for admission on _____ .

Signature of Counsel: s/Christine A. Okike

Type or Print Name: Christine A. Okike