# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of April, two thousand twenty-three.

Before:     Joseph F. Bianco,
                  *Circuit Judge.*

_____

| | |
|---|---|
| In Re: Voyager Digital Holdings, Inc., <br>         Debtors. <br> ************************************** <br> Voyager Digital Holdings, Inc., <br><br>       Debtor - Appellant, <br><br> Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., <br><br>       Intervenor - Appellant, <br><br> v. <br><br> United States of America, United States Trustee for Region 2, <br><br>       Trustees - Appellees. | **ORDER** <br><br> Docket No. 23-467(L), 23-469(Con) |

_____

    Appellants have filed emergency motions to vacate the district court's stay order, dated March 27, 2023, and Opinion and Order, dated April 1, 2023.

    IT IS HEREBY ORDERED that the Government is directed to respond to the motions by 3:00 P.M. on Thursday, April 6, 2023. The Appellants may file replies by 12:00 P.M. on Friday April 7, 2023. The Clerk is directed to calendar the motion for the first available motions panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

