# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: April 07, 2023
Docket #: 23-467bk
Short Title: In re: Voyager Digital Holdings, Inc.

DC Docket #: 23-cv-2171
DC Court: SDNY (NEW YORK CITY)
DC Judge: Rearden

## REVISED NOTICE OF MOTION PLACED ON THE CALENDAR

Motions to vacate a stay and to expedite filed in the above-referenced case have been added as an argued case to the substantive motions calendar for Tuesday, April 11, 2023, A Panel. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703 at 10:00 AM.

Inquiries regarding this case may be directed to 212-857-8595.